UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TOMAS GONZALEZ-GUTIERREZ,

Petitioner,

v.

TODD BLANCHE, et al.,

Respondents.

CASE NO. 2:26-cv-02143-JNW

ORDER GRANTING IFP
APPLICATION

Petitioner Tomas Gonzalez-Gutierrez filed a proposed 28 U.S.C. § 2241 habeas petition and an application to proceed in forma pauperis ("IFP"). Dkt. No. 1. Petitioner's IFP application indicates that he has no savings and income, and his prison trust account holds just $49.01 as of June 15, 2026. On this record, the Court finds that Petitioner would experience financial difficulty in paying the filing fee. Accordingly, the Court GRANTS the IFP Application.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

ORDER GRANTING IFP APPLICATION - 1

Dated this 23nd day of June, 2026.

Jamal N. Whitehead
United States District Judge

ORDER GRANTING IFP APPLICATION - 2